# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2019 ND 208

In the Matter of Reciprocal Discipline of Steven T. Rosso, a Person Previously Admitted to the Bar of the State of North Dakota

No. 20190191

Recommendation for Reciprocal Discipline.

SUSPENSION ORDERED.

**Per Curiam.**

[¶1]     On June 18, 2019, the North Dakota Disciplinary Board notified the Supreme Court under N.D.R. Lawyer Discipl. 4.4(D) that it was recommending the reciprocal discipline of Steven T. Rosso.  The record reflects that the Minnesota Supreme Court suspended Rosso for 12 months for failing to safeguard client funds; failing to ensure accurate maintenance of the required trust account books and records; failing to review the activity in the pooled and individual client trust accounts or any of the reports generated for those accounts; failing to adequately supervise non-lawyer staff in the handling of client funds, which resulted in the misappropriation of client funds; failing to promptly disburse funds to clients; negligent misappropriation of client funds; and accepting an improper personal loan from a client.  The Minnesota Supreme Court conditioned reinstatement on successful completion of the Multistate Professional Responsibility Examination and compliance with continuing legal education requirements.

[¶2]   Rosso was admitted to practice law in North Dakota on October 5, 1994, and was licensed until December 31, 2017. Rosso did not pay his license fee for 2018 and was listed with the State Board of Law Examiners as retired starting January 23, 2018.

[¶3]   On January 17, 2019, the North Dakota Disciplinary Board served notice under N.D.R. Lawyer Discipl. 4.4(B) that a certified copy of an order of suspension was entered by the Minnesota Supreme Court was received. The notice informed Rosso he had 30 days to file any claim that imposition of the identical discipline in North Dakota would be unwarranted and the reasons for the claim. No response was received from Rosso.  On June 18, 2019, the Disciplinary Board filed its recommendation that Rosso be suspended for 12 months, with reinstatement conditioned on completion of the Multistate Professional Responsibility Examination and compliance with continuing legal education requirements.

[¶4]   The Court considered the matter, and

[¶5]   ORDERED, that Steven T. Rosso  is SUSPENDED from the practice of law in North Dakota for 12 months, effective upon entry of judgment in this matter.

[¶6]   IT IS FURTHER ORDERED, that Rosso must comply with N.D.R. Lawyer Discipl. 6.3 regarding notice.

[¶7]    IT IS FURTHER ORDERED, that reinstatement is governed by N.D.R. Lawyer Discipl. 4.5 and is conditional upon on successful completion of the Multistate Professional Responsibility Examination and compliance with continuing legal education requirements.

[¶8]   Gerald W. VandeWalle, C.J.
       Daniel J. Crothers
       Jerod E. Tufte
       Lisa Fair McEvers
       Jon J. Jensen